**KENTUCKY BAR ASSOCIATION,**
Complainant,

v.

James T. HARRIS, Respondent.

Supreme Court of Kentucky.

Oct. 16, 1986.

Bruce K. Davis, Director, Michael M. Hooper, Asst. Director, Kentucky Bar Ass'n, Frankfort, for complainant.

Blake Page, Winchester, for respondent.

## OPINION AND ORDER

STEPHENS, Chief Justice.

In a disciplinary proceeding, the Board of Governors of the Kentucky Bar Association concluded that the respondent was guilty of unethical and unprofessional conduct calculated to bring the bench and bar of Kentucky into disrepute. The Board recommends that the respondent be publicly reprimanded, and that he be required to pay the costs of this action.

Having reviewed the Board's decision, the court adopts the findings and recom-